# Notice Recipients

District/Off: 0416–0     User: admin     Date Created: 12/08/2008
Case: 08–20292     Form ID: B18     Total: 24

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| tr | Janet M. Nesse | JNesse@stinson.com |
| aty | Michael G. Wolff | lvalencia@gwolaw.com |
| aty | Randa S. Azzam | razzam@siwpc.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Noli Lapira Cabrera | 23733 Woodfield Rd.    Gaithersburg, MD 20882 |
| db | Macelinda Guerra Cabrera | 23733 Woodfield Rd.    Gaithersburg, MD 20882 |
| cr | GMAC Mortgage, LLC, as Servicer for U.S. Bank National Association | c/ro Samuel I. White, P.C.    913 King Street    Alexandria, VA 22314 |
| cr | eCAST Settlement Corporation | PO Box 35480    Newark, NJ 07193–5480 |
| cr | GE Money Bank | c/o Recovery Management Systems Corp    25 SE 2nd Ave, Suite 1120    Miami, FL 33131–1605 |
| 24720447 | American Express | c/o Becket and Lee    Po Box 3001    Malvern, PA 19355 |
| 24720449 | Barclays Bank Delaware | Attention: Customer Support Department    Po Box 8833    Wilmington, DE 19899 |
| 24720450 | Cap One | Attn: C/O TSYS Debt Management    Po Box 5155    Norcross, GA 30091 |
| 24720454 | Capital One | P.O. Box 30285    Salt Lake City, UT 84130–0285 |
| 24720466 | Comptroller of the Treasury | Compliance Division, Room 409    301 W. Preston Street    Baltimore, MD 21201 |
| 24789123 | GMAC Mortgage, LLC, as Servicer for U.S. Bank Nati | c/o Samuel I. White, P. C.    913 King Street    Alexandria, VA 22314 |
| 24720455 | Gemb/care Credit | Attn: Bankruptcy    Po Box 103106    Roswell, GA 30076 |
| 24720456 | Gmac Mortgage | Attention: Bankruptcy Dept.    1100 Virginia Drive    Fort Washington, PA 19034 |
| 24720457 | Green Point Savings | Po Box 84013    Columbus, GA 31908 |
| 24720458 | HSBC/ORCHARD BK | Attn: Bankruptcy    Po Box 5253    Carol Stream, IL 60197 |
| 24859635 | Recovery Management Systems Corporation | 25 S.E. 2nd Avenue, Suite 1120    Miami, FL 33131–1605 |
| 24720459 | Sallie Mae Servicing | 1002 Arthur Dr    Lynn Haven, FL 32444 |
| 24720467 | State of Maryland DLLR | Division of Unemployment Insurance    1100 N. Eutaw Street, Room 401    Baltimore, MD 21201 |
| 24720465 | Taxing Authority of Montgomery County | Division of Treasury    255 Rockville Pike, Ste. L–15    Rockville, MD 20850 |
| 24720463 | Washington Mutual / Providian | Attn: Bankruptcy Dept.    Po Box 10467    Greenville, SC 29603 |
| 24836325 | eCAST Settlement Corporation | POB 35480    Newark NJ 07193–5480 |

TOTAL: 21